IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLOWEY AHMED**                                                                                            **PLAINTIFF**

**v.**                      **CASE NO. 4:14-CV-00679-BSM**

**SALLAM ALI ALSOFARI**                                                           **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of December, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE